IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORDARO GUYTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. **3:13-cv-00201-JPG-PMF** |
| | ) |
| THOMAS B STUCK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This case comes before the Court for case management purposes. On May 17, 2013, this court issued an order directing Plaintiff to show cause as to why this case should not be dismissed for failure to pay the initial partial filing fee of $0.78. *See* Doc. 14. As of this date, Plaintiff has not responded to the show cause order or paid the initial partial filing fee. *See* APPENDIX A (Case Report). Accordingly, it is recommended that this case be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If this Report and Recommendation is adopted in its entirety, this case can be closed.

SO RECOMMENDED.

DATED: June 19, 2013.


*s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE