IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORDARO GUYTON,

    Plaintiff,

vs.

THOMAS B. STUCK, RUSSELL J. GOINS, C/O GEIER, C/O SHELBY, C/O WELDER, C/O HANSON and LT. BAYLOR,

    Defendants.

Case No. 13-cv-201-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("R & R") (Doc. 17) of Magistrate Judge Philip M. Frazier recommending that the Court dismiss the remainder of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Guyton has neither responded to Judge Frazier's order to show cause nor objected to the R & R. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Thus, the Court **ADOPTS** the R & R (Doc. 17), **DISMISSES** this case for failure to prosecute, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:** July 11, 2013

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**