IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORDARO GUYTON,<br><br>         Plaintiff,<br><br>    vs.<br><br>THOMAS B. STUCK, RUSSELL J. GOINS,<br>C/O GEIER, C/O SHELBY, C/O WELDER,<br>C/O HANSON and LT. BAYLOR,<br><br>         Defendants. | Case No. 13-cv-201-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Thomas B. Stuck, Russell J. Goins, C/O Geier, C/O Shelby, C/O Welder, C/O Hanson and Lt. Baylor and against Plaintiff Cordaro Guyton,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:**  July 11, 2013               NANCY J. ROSENSTENGEL, Clerk of Court

                                         By: s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**